Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−37302
Chapter: 13
Judge: Timothy A. Barnes

In Re:
　Lachrisha N. Slatton
　8955 S. May St.
　Chicago, IL 60620

Social Security / Individual Taxpayer ID No.:
　xxx−xx−6398

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 2, 2018

FOR THE COURT

Dated: August 3, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

```
                      United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                          Case No. 17-37302-TAB
Lachrisha N. Slatton                                            Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1           User: abowles              Page 1 of 3           Date Rcvd: Aug 03, 2018
                               Form ID: ntcdsm            Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db             +Lachrisha N. Slatton,    8955 S. May St.,    Chicago, IL 60620-3424
26292783       +ACL Laboratories,    PO Box 27901,    West Allis, WI 53227-0901
26292791       +Bridget A Maul,    450 E 22nd St.,    Suite 250,    Lombard, IL 60148-6176
26292792       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
26292794       +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
26292795        City of Chicago Parking,     121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
26292796        City of Chicago Red Light Camera,     PO Box 8073,    Chicago, IL 60680-8073
26292797        Comcast,    Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
26292798        Commonwealth Edison-Care Center,     Bankruptcy Department,    PO Box 6113,
                 Carol Stream, IL 60197-6113
26292802       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
26480577       ++ILLINOIS DEPARTMENT OF REVENUE,     BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0291
               (address filed with court: Illinois Department of Revenue,      Bankruptcy Section, P.O. Box 19035,
                 Springfield, IL 62794-9035)
26364309       +ILLINOIS LENDING CORPORATION,    LAW OFFICES OF KIMBERLY J WEISSMAN,      633 SKOKIE BLVD SUITE 400,
                 NORTHBROOK, IL 60062-2826
26292810        Medical Business Bureau, LLC,     1460 Renaissance Dr., Ste 400,    Park Ridge, IL 60068-1349
26292809       +Medical Business Bureau, LLC,     1175 Devin Drive, Suite 171,    Norton Shores, MI 49441-6079
26292811       +Midwest Recovery,    Po Box 899,    Florissant, MO 63032-0899
26292815       +Patrica Mary Fennell,    424 Davis St.,    Downers Grove, IL 60515-3059
26292818       +Rancifer Investments,    3930 Main Street,    East Chicago, IN 46312-2418
26292819        Seals Ambulance Service, Inc.,     Wakefield & Associates,    PO Box 50250,
                 Knoxville, TN 37950-0250
26292820       +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                 Springfield, IL 62723-1000
26292821        Secretary of State License Renewal,     3701 Winchester Road,    Springfield, IL 62707-9700
26292826       +Stephen R Patton,    City of Chicago Corp Counsel,    121 N LaSalle St., Suite 600,
                 Chicago, IL 60602-1244
26292827        Sun Cash,    598 Torrence Ave,    Calumet City, IL 60409-3813
26292830       +TCF Agency, Inc.,    801 Marquette Ave,    001-01-G,    Minneapolis, MN 55402-3475
26557914       +The Illinois Department of Employment Security,     The Illinois Attorney General Office,
                 33 S. State Street Suite 992,     Chicago, IL 60603-2803
26292831       #+Turner Acceptance Corp.,    5900 W. Howard St.,    Skokie, IL 60077-2627
26379294        U.S. Department of Education,     c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
26292837        US Department of Education,    PO Box 69184,    Harrisburg, PA 17106-9184
26292832       +United Auto Credit Co,    3990 Westerley Place,    Newport Beach, CA 92660-2310
26292833       +United Auto Credit Corporation,     1071 Camelback,    Suite 100,    Newport Beach, CA 92660-3046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26292781        EDI: AAEO.COM Aug 04 2018 03:53:00      Aaron Sales & Lease Ow,    309 E Paces Ferry,
                 Atlanta, GA 30303
26292787       +EDI: CINGMIDLAND.COM Aug 04 2018 03:53:00      AT&T,    Bankruptcy Department,
                 5407 Andrew Highway,    Midland, TX 79706-2851
26292782       +EDI: AAEO.COM Aug 04 2018 03:53:00      Aaron Sales & Lease Ownership,     1015 Cobb Place Blvd NW,
                 Kennesaw, GA 30144-3672
26292784        EDI: AIS.COM Aug 04 2018 03:53:00      American InfoSource,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
26292785       +EDI: AIS.COM Aug 04 2018 03:53:00      American InfoSource,    4515 N. Santa Fe Ave.,
                 Oklahoma City, OK 73118-7901
26292786       +EDI: PHINHARRIS Aug 04 2018 03:53:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,     Chicago, IL 60604-3517
26292788       +EDI: ATLASACQU.COM Aug 04 2018 03:53:00      Atlas Acquisitions, LLC,    294 Union Street,
                 Hackensack, NJ 07601-4303
26292790        EDI: BANKAMER.COM Aug 04 2018 03:53:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
26292789       +EDI: BANKAMER.COM Aug 04 2018 03:53:00      Bank of America,    Bankruptcy Department,
                 CA6-919-0241, PO Box 5170,     Simi Valley, CA 93062-5170
26292793       +EDI: CAUT.COM Aug 04 2018 03:53:00      Chase Auto,    Attn:National Bankruptcy Dept.,
                 Po Box 29505,    Phoenix, AZ 85038-9505
26311571       +EDI: PHINHARRIS Aug 04 2018 03:53:00      City of Chicago Department of Finance,
                 c/o Arnold Scott Harris P.C.,     111 W Jackson Blvd Ste.600,    Chicago IL. 60604-3517
26421332       +E-mail/Text: comedbankruptcygroup@exeloncorp.com Aug 04 2018 00:19:07
                 Commonwealth Edison Company,    Attn: Bankruptcy Department,     1919 Swift Drive,
                 Oakbrook Terrace, IL 60523-1502
26292799       +EDI: CONVERGENT.COM Aug 04 2018 03:53:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
26292800       +E-mail/Text: group_legal@creditunion1.org Aug 04 2018 00:19:22       Credit Union 1,
                 200 E. Champaign Ave.,    Rantoul, IL 61866-2940
26292801       +E-mail/Text: admin@fcs2collect.com Aug 04 2018 00:19:23       Falls Collection Service, Inc.,
                 N114 W19225 Clinton Dr,    Germantown, WI 53022-3015
26292803       +E-mail/Text: admin@fcs2collect.com Aug 04 2018 00:19:23       Fincntrl Svc,    Po Box 668,
                 Germantown, WI 53022-0668
```

```
District/off: 0752-1          User: abowles              Page 2 of 3               Date Rcvd: Aug 03, 2018
                              Form ID: ntcdsm            Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
26292804      +E-mail/Text: des.claimantbankruptcy@illinois.gov Aug 04 2018 00:19:14     I.D.E.S.,
               Benefit Payment Control,    PO Box 4385,    Chicago, IL 60680-4385
26292807       EDI: IRS.COM Aug 04 2018 03:53:00      IRS,    Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
26292805      +E-mail/Text: rev.bankruptcy@illinois.gov Aug 04 2018 00:18:11
               Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0291
26292806      +E-mail/Text: soby@illinoislending.com Aug 04 2018 00:18:01     Illinois Lending Corp,
               100 W. Randolph Street,    Suite 111,    Chicago, IL 60601-3219
26484500       EDI: CAUT.COM Aug 04 2018 03:53:00      JPMorgan Chase Bank, National Association,
               National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,     Phoenix, AZ 85038-9505
26292808      +E-mail/Text: Mbbankbknotice@mbfinancial.com Aug 04 2018 00:19:34      MB Financial,
               6111 N. River Rd.,    Rosemont, IL 60018-5111
26292812      +EDI: Q3G.COM Aug 04 2018 03:53:00      MOMA Funding LLC,    PO BOX 788,    Kirkland, WA 98083-0788
26292813      +E-mail/Text: bankruptcy@moneykey.com Aug 04 2018 00:19:31      Money Key,    3422 Old Capital,
               Suite 1613,    Wilmington, DE 19808-6124
26292814       E-mail/Text: bankrup@aglresources.com Aug 04 2018 00:17:08      Nicor Gas,    ALL MAIL GOES TO,
               Bankruptcy Dept. PO Box 190,    Aurora, IL 60507-0190
26292816      +EDI: CBSPLS.COM Aug 04 2018 03:53:00      PLS,    1215 E 87th Street,    Chicago, IL 60619-7013
26292817       EDI: Q3G.COM Aug 04 2018 03:53:00      Quantum3 Group,    Sadino Funding,    P.O. Box 788,
               Kirkland, WA 98083-0788
26451350       EDI: Q3G.COM Aug 04 2018 03:53:00      Quantum3 Group LLC as agent for,     MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
26292824       EDI: NEXTEL.COM Aug 04 2018 03:53:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
26292825       EDI: NEXTEL.COM Aug 04 2018 03:53:00      Sprint Corp.,    Attn: Bankruptcy Dept.,    PO Box 7949,
               Overland Park, KS 66207-0949
26292822      +E-mail/Text: merle@sirfinance.com Aug 04 2018 00:19:21      Sir Finance Corp,
               6140 N Lincoln Ave,    Chicago, IL 60659-2318
26292823       E-mail/Text: bankruptcy@speedyinc.com Aug 04 2018 00:17:36      Speedy Cash,
               Bankruptcy Department,    PO Box 780408,    Wichita, KS 67278-0408
26477560      +E-mail/Text: bankruptcy@speedyinc.com Aug 04 2018 00:17:36      Speedy Cash,    P.O. Box 780408,
               Wichita, KS 67278-0408
26292828       EDI: AISTMBL.COM Aug 04 2018 03:53:00      T Mobile Bankruptcy Team,    PO Box 53410,
               Bellevue, WA 98015
26292829       EDI: AISTMBL.COM Aug 04 2018 03:53:00      T Mobile Wireless,    Attn: Bankruptcy Dept.,
               PO Box 37380,    Albuquerque, NM 87176-7380
26321183      +EDI: AIS.COM Aug 04 2018 03:53:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,     Oklahoma City, OK 73118-7901
26292836       EDI: USBANKARS.COM Aug 04 2018 03:53:00      US Bank,    1200 Energy Park Drive,
               Saint Paul, MN 55108
26292834       EDI: USBANKARS.COM Aug 04 2018 03:53:00      US Bank,    425 Walnut St.,    Cincinnati, OH 45202
26292835       EDI: USBANKARS.COM Aug 04 2018 03:53:00      US Bank,    Attn: Bankruptcy Dept,    PO Box 5229,
               Cincinnati, OH 45201-5229
26292838      +EDI: VERIZONCOMB.COM Aug 04 2018 03:53:00      Verizon Wireless,    Correspondence Team,
               PO Box 291089,    Columbia, SC 29229-0019
26361963      +E-mail/Text: bankrup@aglresources.com Aug 04 2018 00:17:08      nicor gas,    po box 549,
               Aurora il 60507-0549
                                                                                                TOTAL: 41

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26304245*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
26292780      ##1018 Busse Group, Ltd,    1018 Busse Highway,    Park Ridge, IL 60068-1802
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: abowles              Page 3 of 3            Date Rcvd: Aug 03, 2018
                              Form ID: ntcdsm            Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Amanda J Wiese    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@hsbattys.com, bk4hsbm@gmail.com
              Andrew Dryjanski    on behalf of Plaintiff    The Illinois Department of Employment Security
               andrew.dryjanski@illinois.gov, Rae.Piotrowski@Illinois.Gov;Ashley.walker@Illinois.Gov
              David M Siegel    on behalf of Debtor 1 Lachrisha N. Slatton davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 5
```